# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: SKAGGS, STEFANIE RENEE                          § Case No. 14-81044
                                                      §
                                                      §
Debtor(s)                                             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 31, 2014. The undersigned trustee was appointed on March 31, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $       7,904.05

   Funds were disbursed in the following amounts:
   Payments made under an
      interim distribution                                      0.00
   Administrative expenses                                    244.00
   Bank service fees                                          136.08
   Other payments to creditors                                  0.00
   Non-estate funds paid to 3rd Parties                         0.00
   Exemptions paid to the debtor                                0.00
   Other payments to the debtor                                 0.00

   Leaving a balance on hand of [1]             $       7,523.97

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/05/2014 and the deadline for filing governmental claims was 11/05/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,540.41. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,540.41, for a total compensation of $1,540.41.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $8.44, for total expenses of $8.44.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/28/2016             By: /s/MEGAN G. HEEG
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-81044  
**Case Name:** SKAGGS, STEFANIE RENEE  

**Period Ending:** 04/28/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 04/28/14  
**Claims Bar Date:** 11/05/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | checking account with - Chase Bank (#xxx2061)<br>Orig. Description: checking account with - Chase Bank; Imported from original petition Doc# 1 | 180.00 | 1,191.59 | | 810.00 | FA |
| 2 | business checking account with - Chase Bank<br>Orig. Description: business checking account with - Chase Bank; Imported from original petition Doc# 1 | 300.00 | 134.79 | | 90.00 | FA |
| 3 | savings account with - Chase Bank (#xxx9025)<br>Orig. Description: savings account with - Chase Bank; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods; TV, DVD player, TV stand, stere<br>Orig. Description: Household goods; TV, DVD player, TV stand, stereo,<br>sofa, vacuum, table, chairs, lamps, bedroom sets,<br>washer/dryer, stove, refrigerator, microwave,<br>dishes/flatware, pots/pans; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Books, CD's, DVD's, Tapes/Records, Family Pictur<br>Orig. Description: Books, CD's, DVD's, Tapes/Records, Family Pictures; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel.<br>Orig. Description: Necessary wearing apparel.; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry<br>Orig. Description: Earrings, watch, costume jewelry; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Judgment against Integral Therapy Center ($7,900<br>Orig. Description: Judgment against Integral Therapy Center ($7,900<br>with interest. Debtor does not expect to collect); Imported from original petition Doc# 1 | 8,500.00 | 7,906.23 | | 7,004.05 | FA |
| 9 | Massage Therapy License<br>Orig. Description: Massage Therapy License; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | List of customers for massage business. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81044  
**Case Name:** SKAGGS, STEFANIE RENEE

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 04/28/14

**Period Ending:** 04/28/16

**Claims Bar Date:** 11/05/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Orig. Description: List of customers for massage business.; Imported from original petition Doc# 1 | | | | | |
| 11 | 2008 Toyota Yaris<br>Orig. Description: 2008 Toyota Yaris; Imported from original petition Doc# 1 | 5,742.00 | 0.00 | | 0.00 | FA |
| 12 | Pncbank - 2013 Hyundai Veloster<br>Orig. Description: Pncbank - 2013 Hyundai Veloster; Imported from original petition Doc# 1 | 21,017.00 | 0.00 | | 0.00 | FA |
| 13 | Massage Table & Massage supplies<br>Orig. Description: Massage Table & Massage supplies; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 14 | BANK ACCOUNTS - 1st Nat'l  (u)<br>Debtor's tax refund was deposited into this account. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | potential preference<br>Payments made to mother for unsecured loans. (Determined to have been paid by husband.) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | TAX REFUNDS<br>Fed 5,085 and State of 318 received just before filing | Unknown | 5,403.00 | | 0.00 | FA |
| 16 | **Assets  Totals** (Excluding unknown values) | **$37,939.00** | **$14,635.61** | | **$7,904.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015         **Current Projected Date Of Final Report (TFR):**    April 28, 2016  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-81044 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | SKAGGS, STEFANIE RENEE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1766 - Checking Account |
| Taxpayer ID #: | **-***5371 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/28/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/26/15 | {8} | American Tax Processing, LLC | Debtor tendered her 2014 fed refund to pay toward judgment on asset #8 | 1129-000 | 6,501.05 | | 6,501.05 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,491.05 |
| 04/10/15 | {8} | State of Illinois Treasurer | tax refund being applied to judgment | 1129-000 | 503.00 | | 6,994.05 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,984.05 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,974.05 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.69 | 6,963.36 |
| 07/24/15 | | Stephanie Skaggs | payment for settlement agreement - pursuant to Court approval | | 100.00 | | 7,063.36 |
| | {2} | | 90.00 | 1129-000 | | | 7,063.36 |
| | {1} | | 10.00 | 1129-000 | | | 7,063.36 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.36 | 7,053.00 |
| 08/31/15 | {1} | Stefanie R. Skaggs | payment for settlement agreement - pursuant to court approval | 1129-000 | 100.00 | | 7,153.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,143.00 |
| 09/30/15 | {1} | Stefanie R. Skaggs | payment for settlement agreement - per court approval | 1129-000 | 100.00 | | 7,243.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.93 | 7,232.07 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.39 | 7,221.68 |
| 11/02/15 | {1} | Stefanie R. Skaggs | payment on settlement agreement - per court approval | 1129-000 | 100.00 | | 7,321.68 |
| 11/30/15 | {1} | Stefanie R. Skags | payment on settlement agreement | 1129-000 | 100.00 | | 7,421.68 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.15 | 7,411.53 |
| 12/23/15 | 101 | Illinois Department of Revenue | income taxes due 2015 | 2820-000 | | 244.00 | 7,167.53 |
| 12/30/15 | {1} | Stefanie R. Skaggs | payment on settlement agreement - per court approval | 1129-000 | 100.00 | | 7,267.53 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.69 | 7,255.84 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.06 | 7,245.78 |
| 02/11/16 | {1} | Ehrmann Gehlbach Badger Lee & Considine Trust Account | payment on settlement agreement - per court Order | 1129-000 | 100.00 | | 7,345.78 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.11 | 7,335.67 |
| 03/02/16 | {1} | Stefanie R. Skaggs | payment on settlement agreement - per court order | 1129-000 | 100.00 | | 7,435.67 |
| 03/31/16 | {1} | Stefanie R. Skaggs | payment for settlment agreement - pursuant to Court approval | 1129-000 | 100.00 | | 7,535.67 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.70 | 7,523.97 |

Subtotals :        $7,904.05        $380.08

{} Asset reference(s)                                                                                                    Printed: 04/28/2016 03:00 PM    V.13.25

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-81044  
**Case Name:** SKAGGS, STEFANIE RENEE  
**Taxpayer ID #:** **-***5371  
**Period Ending:** 04/28/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 7,904.05 | 380.08 | $7,523.97 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,904.05 | 380.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,904.05** | **$380.08** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1766** | 7,904.05 | 380.08 | 7,523.97 |
| | $7,904.05 | $380.08 | $7,523.97 |

{} Asset reference(s)   Printed: 04/28/2016 03:00 PM   V.13.25

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case:  14-81044   SKAGGS, STEFANIE RENEE

**Case Balance:** $7,523.97    **Total Proposed Payment:** $7,523.97    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 1 Pncbank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,523.97 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 641.69 | 641.69 | 0.00 | 641.69 | 641.69 | 6,882.28 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | 3,000.00 | 3,882.28 |
| | Justin Van Zuiden, CPA <3410-00   Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 798.00 | 798.00 | 0.00 | 798.00 | 798.00 | 3,084.28 |
| | MEGAN G. HEEG <2200-00   Trustee Expenses> | Admin Ch. 7 | 8.44 | 8.44 | 0.00 | 8.44 | 8.44 | 3,075.84 |
| | MEGAN G. HEEG <2100-00   Trustee Compensation> | Admin Ch. 7 | 1,540.41 | 1,540.41 | 0.00 | 1,540.41 | 1,540.41 | 1,535.43 |
| NOTFILED | 1 IRS Priority Debt Bankruptcy Dept. | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,535.43 |
| 1 | Cindy Stear - Kathy Cox | Unsecured | 4,638.73 | 4,638.73 | 0.00 | 4,638.73 | 536.18 | 999.25 |
| 2 | Capital One, N.A. | Unsecured | 563.49 | 0.00 | 0.00 | 0.00 | 0.00 | 999.25 |
| 2 -2 | Capital One, N.A. | Unsecured | 563.49 | 563.49 | 0.00 | 563.49 | 65.13 | 934.12 |
| 3 | US DEPT OF EDUCATION | Unsecured | 7,881.54 | 7,881.54 | 0.00 | 7,881.54 | 911.01 | 23.11 |
| 4 | American InfoSource LP as agent for | Unsecured | 199.93 | 199.93 | 0.00 | 199.93 | 23.11 | 0.00 |
| NOTFILED | 1 CHASE | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 10 MABT - Genesis Retail | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 11 Nationwide Credit CORP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 12 Rockford Mercantile | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 13 Rockford Mercantile | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 14 Rockford Postal ECU | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 15 Transunion | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 17 Virtuoso Sourcing GROU | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 3 Creditors Protection S | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case:  14-81044   SKAGGS, STEFANIE RENEE

**Case Balance:** $7,523.97  **Total Proposed Payment:** $7,523.97  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 4 Denise Lorenz | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 5 Equifax | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 6 Experian | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 7 First National BANK AN | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 8 Holmstrom & Kennedy | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 14-81044 :** | | **$19,835.72** | **$19,272.23** | **$0.00** | **$19,272.23** | **$7,523.97** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $5,988.54 | $5,988.54 | $0.00 | $5,988.54 | 100.000000% |
| **Total Priority Claims :** | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Secured Claims :** | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $13,847.18 | $13,283.69 | $0.00 | $1,535.43 | 11.558761% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-81044
Case Name: SKAGGS, STEFANIE RENEE
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 7,523.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,523.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,540.41 | 0.00 | 1,540.41 |
| Trustee, Expenses - MEGAN G. HEEG | 8.44 | 0.00 | 8.44 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,000.00 | 0.00 | 3,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 641.69 | 0.00 | 641.69 |
| Accountant for Trustee, Fees - Justin Van Zuiden, CPA | 798.00 | 0.00 | 798.00 |

Total to be paid for chapter 7 administration expenses: $ 5,988.54
Remaining balance: $ 1,535.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,535.43

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---:|
| | Remaining balance: | $ 1,535.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,283.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Cindy Stear - Kathy Cox | 4,638.73 | 0.00 | 536.18 |
| 2 | Capital One, N.A. | 0.00 | 0.00 | 0.00 |
| 2 -2 | Capital One, N.A. | 563.49 | 0.00 | 65.13 |
| 3 | US DEPT OF EDUCATION | 7,881.54 | 0.00 | 911.01 |
| 4 | American InfoSource LP as agent for | 199.93 | 0.00 | 23.11 |

| | Total to be paid for timely general unsecured claims: | $ 1,535.43 |
|---|---|---:|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**