UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No.   14-81044 |
| STEPHANIE RENEE SKAGGS, | ) | |
| Debtor. | ) | |

## CERTIFICATE OF MAILING

I, the undersigned, on oath state that on May 6, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed on attached service list

/s/ Katherine M. Elliott

Megan G. Heeg, Esq.
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 East First Street
P.O. Box 447
Dixon, Illinois 61021
(815) 288-4949
(815) 288-3068 (FAX)
heeg@egblc.com

```
Label Matrix for local noticing      American InfoSource LP as agent for   Capital One, N.A.
0752-3                               DIRECTV, LLC                          c o Becket and Lee LLP
Case 14-81044                        PO Box 51178                          POB 3001
Northern District of Illinois        Los Angeles, CA  90051-5478           Malvern, PA 19355-0701
Rockford
Fri May  6 09:25:43 CDT 2016

Cindy Stear - Kathy Cox              Nathan E Curtis                       Megan G Heeg
5334 Williams Dr                     Geraci Law L.L.C.                     Ehrmann Gehlbach Badger Lee & Considine
Roscoe, IL 61073-7320                55 E. Monroe St. # 3400               Pob 447- 215 E First St, Ste 100
                                     Chicago, IL 60603-5920                Dixon, IL 61021-0447


Patrick S Layng                      Joseph D Olsen                        Stefanie Renee Skaggs
Office of the U.S. Trustee, Region 11  Yalden Olsen & Willette             848 Wood Avenue
780 Regent St.                       1318 E State Street                   Machesney Park, IL 61115-3743
Suite 304                            Rockford, IL 61104-2228
Madison, WI 53715-2635


US DEPT OF EDUCATION                 End of Label Matrix
CLAIMS FILING UNIT                   Mailable recipients    9
PO BOX 8973                          Bypassed recipients    0
MADISON, WI 53708-8973               Total                  9
```