**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: SKAGGS, STEFANIE RENEE          § Case No. 14-81044
                                       §
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $28,959.00                Assets Exempt: $7,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,535.43      Claims Discharged
                                                Without Payment: $33,856.26

Total Expenses of Administration: $6,368.62

---

3) Total gross receipts of $ 7,904.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,904.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $23,416.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,368.62 | 6,368.62 | 6,368.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 300.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,540.00 | 13,847.18 | 13,283.69 | 1,535.43 |
| **TOTAL DISBURSEMENTS** | $58,256.00 | $20,215.80 | $19,652.31 | $7,904.05 |

4) This case was originally filed under Chapter 7 on March 31, 2014. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2016        By: /s/MEGAN G. HEEG
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account with - Chase Bank (#xxx2061) | 1129-000 | 810.00 |
| business checking account with - Chase Bank | 1129-000 | 90.00 |
| Judgment against Integral Therapy Center ($7,900 | 1129-000 | 7,004.05 |
| **TOTAL GROSS RECEIPTS** | | **$7,904.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 1 Pncbank | 4110-000 | 23,416.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$23,416.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,540.41 | 1,540.41 | 1,540.41 |
| MEGAN G. HEEG | 2200-000 | N/A | 8.44 | 8.44 | 8.44 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 641.69 | 641.69 | 641.69 |
| Justin Van Zuiden, CPA | 3410-000 | N/A | 798.00 | 798.00 | 798.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.69 | 10.69 | 10.69 |
| Rabobank, N.A. | 2600-000 | N/A | 10.36 | 10.36 | 10.36 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.93 | 10.93 | 10.93 |
| Rabobank, N.A. | 2600-000 | N/A | 10.39 | 10.39 | 10.39 |
| Rabobank, N.A. | 2600-000 | N/A | 10.15 | 10.15 | 10.15 |
| Illinois Department of Revenue | 2820-000 | N/A | 244.00 | 244.00 | 244.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.69 | 11.69 | 11.69 |
| Rabobank, N.A. | 2600-000 | N/A | 10.06 | 10.06 | 10.06 |
| Rabobank, N.A. | 2600-000 | N/A | 10.11 | 10.11 | 10.11 |
| Rabobank, N.A. | 2600-000 | N/A | 11.70 | 11.70 | 11.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,368.62 | $6,368.62 | $6,368.62 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 1 IRS Priority Debt Bankruptcy Dept. | 5200-000 | 300.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $300.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cindy Stear - Kathy Cox | 7100-000 | 4,639.00 | 4,638.73 | 4,638.73 | 536.18 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 563.49 | 0.00 | 0.00 |
| 2 -2 | Capital One, N.A. | 7100-000 | 518.00 | 563.49 | 563.49 | 65.13 |
| 3 | US DEPT OF EDUCATION | 7100-000 | 7,575.00 | 7,881.54 | 7,881.54 | 911.01 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 199.93 | 199.93 | 23.11 |
| NOTFILED | 12 Rockford Mercantile | 7100-000 | 752.00 | N/A | N/A | 0.00 |
| NOTFILED | 10 MABT - Genesis Retail | 7100-000 | 1,314.00 | N/A | N/A | 0.00 |
| NOTFILED | 11 Nationwide Credit CORP | 7100-000 | 488.00 | N/A | N/A | 0.00 |
| NOTFILED | 8 Holmstrom & Kennedy | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | 14 Rockford Postal ECU | 7100-000 | 2,312.00 | N/A | N/A | 0.00 |
| NOTFILED | 17 Virtuoso Sourcing GROU | 7100-000 | 728.00 | N/A | N/A | 0.00 |
| NOTFILED | 15 Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 First National BANK AN | 7100-000 | 934.00 | N/A | N/A | 0.00 |
| NOTFILED | 13 Rockford Mercantile | 7100-000 | 2,130.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 CHASE | 7100-000 | 951.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 Creditors Protection S | 7100-000 | 399.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 Denise Lorenz | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 6 Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$34,540.00** | **$13,847.18** | **$13,283.69** | **$1,535.43** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81044  
**Case Name:** SKAGGS, STEFANIE RENEE

**Period Ending:** 08/08/16

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 04/28/14  
**Claims Bar Date:** 11/05/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  checking account with - Chase Bank (#xxx2061)<br>    Orig. Description: checking account with - Chase Bank; Imported from original petition Doc# 1 | 180.00 | 1,191.59 | | 810.00 | FA |
| 2  business checking account with - Chase Bank<br>    Orig. Description: business checking account with - Chase Bank; Imported from original petition Doc# 1 | 300.00 | 134.79 | | 90.00 | FA |
| 3  savings account with - Chase Bank (#xxx9025)<br>    Orig. Description: savings account with - Chase Bank; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  Household goods; TV, DVD player, TV stand, stere<br>    Orig. Description: Household goods; TV, DVD player, TV stand, stereo,<br>sofa, vacuum, table, chairs, lamps, bedroom sets,<br>washer/dryer, stove, refrigerator, microwave,<br>dishes/flatware, pots/pans; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5  Books, CD's, DVD's, Tapes/Records, Family Pictur<br>    Orig. Description: Books, CD's, DVD's, Tapes/Records, Family Pictures; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6  Necessary wearing apparel.<br>    Orig. Description: Necessary wearing apparel.; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7  Earrings, watch, costume jewelry<br>    Orig. Description: Earrings, watch, costume jewelry; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8  Judgment against Integral Therapy Center ($7,900<br>    Orig. Description: Judgment against Integral Therapy Center ($7,900<br>with interest. Debtor does not expect to collect); Imported from original petition Doc# 1 | 8,500.00 | 7,906.23 | | 7,004.05 | FA |
| 9  Massage Therapy License<br>    Orig. Description: Massage Therapy License; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10  List of customers for massage business. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81044  
**Case Name:** SKAGGS, STEFANIE RENEE  

**Period Ending:** 08/08/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/31/14 (f)  
**§341(a) Meeting Date:** 04/28/14  
**Claims Bar Date:** 11/05/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Description: List of customers for massage business.; Imported from original petition Doc# 1 | | | | | |
| 11  2008 Toyota Yaris<br>Orig. Description: 2008 Toyota Yaris; Imported from original petition Doc# 1 | 5,742.00 | 0.00 | | 0.00 | FA |
| 12  Pncbank - 2013 Hyundai Veloster<br>Orig. Description: Pncbank - 2013 Hyundai Veloster; Imported from original petition Doc# 1 | 21,017.00 | 0.00 | | 0.00 | FA |
| 13  Massage Table & Massage supplies<br>Orig. Description: Massage Table & Massage supplies; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 14  BANK ACCOUNTS - 1st Nat'l  (u)<br>Debtor's tax refund was deposited into this account. | 0.00 | 0.00 | | 0.00 | FA |
| 15  potential preference<br>Payments made to mother for unsecured loans. (Determined to have been paid by husband.) | 0.00 | 0.00 | | 0.00 | FA |
| 16  TAX REFUNDS<br>Fed 5,085 and State of 318 received just before filing | Unknown | 5,403.00 | | 0.00 | FA |
| 16  Assets  Totals (Excluding unknown values) | **$37,939.00** | **$14,635.61** | | **$7,904.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015    **Current Projected Date Of Final Report (TFR):**   April 28, 2016  (Actual)

Printed: 08/08/2016 08:56 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-81044  
**Case Name:** SKAGGS, STEFANIE RENEE  
**Taxpayer ID #:** **-***5371  
**Period Ending:** 08/08/16

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/15 | {8} | American Tax Processing, LLC | Debtor tendered her 2014 fed refund to pay toward judgment on asset #8 | 1129-000 | 6,501.05 | | 6,501.05 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,491.05 |
| 04/10/15 | {8} | State of Illinois Treasurer | tax refund being applied to judgment | 1129-000 | 503.00 | | 6,994.05 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,984.05 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,974.05 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.69 | 6,963.36 |
| 07/24/15 | | Stephanie Skaggs | payment for settlement agreement - pursuant to Court approval | | 100.00 | | 7,063.36 |
| | {2} | | | 1129-000 | 90.00 | | 7,063.36 |
| | {1} | | | 1129-000 | 10.00 | | 7,063.36 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.36 | 7,053.00 |
| 08/31/15 | {1} | Stefanie R. Skaggs | payment for settlement agreement - pursuant to court approval | 1129-000 | 100.00 | | 7,153.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,143.00 |
| 09/30/15 | {1} | Stefanie R. Skaggs | payment for settlement agreement - per court approval | 1129-000 | 100.00 | | 7,243.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.93 | 7,232.07 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.39 | 7,221.68 |
| 11/02/15 | {1} | Stefanie R. Skaggs | payment on settlement agreement - per court approval | 1129-000 | 100.00 | | 7,321.68 |
| 11/30/15 | {1} | Stefanie R. Skags | payment on settlement agreement | 1129-000 | 100.00 | | 7,421.68 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.15 | 7,411.53 |
| 12/23/15 | 101 | Illinois Department of Revenue | income taxes due 2015 | 2820-000 | | 244.00 | 7,167.53 |
| 12/30/15 | {1} | Stefanie R. Skaggs | payment on settlement agreement - per court approval | 1129-000 | 100.00 | | 7,267.53 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.69 | 7,255.84 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.06 | 7,245.78 |
| 02/11/16 | {1} | Ehrmann Gehlbach Badger Lee & Considine Trust Account | payment on settlement agreement - per court Order | 1129-000 | 100.00 | | 7,345.78 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.11 | 7,335.67 |
| 03/02/16 | {1} | Stefanie R. Skaggs | payment on settlement agreement - per court order | 1129-000 | 100.00 | | 7,435.67 |
| 03/31/16 | {1} | Stefanie R. Skaggs | payment for settlment agreement - pursuant to Court approval | 1129-000 | 100.00 | | 7,535.67 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.70 | 7,523.97 |
| 06/27/16 | 102 | Justin Van Zuiden, CPA | Dividend paid 100.00% on $798.00, Accountant for Trustee Fees (Other Firm); | 3410-000 | | 798.00 | 6,725.97 |
| | | | Subtotals : | | $7,904.05 | $1,178.08 | |

{} Asset reference(s)

Printed: 08/08/2016 08:56 AM   V.13.28

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-81044  
**Case Name:** SKAGGS, STEFANIE RENEE  

**Taxpayer ID #:** **-***5371  
**Period Ending:** 08/08/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 06/27/16 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,000.00 | 3,725.97 |
| 06/27/16 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $641.69, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 641.69 | 3,084.28 |
| 06/27/16 | 105 | Cindy Stear - Kathy Cox | Dividend paid  11.55% on $4,638.73; Claim# 1; Filed: $4,638.73; Reference: 13 SC 1212 | 7100-000 | | 536.18 | 2,548.10 |
| 06/27/16 | 106 | Capital One, N.A. | Dividend paid  11.55% on $563.49; Claim# 2 -2; Filed: $563.49; Reference: XXXXX5256 | 7100-000 | | 65.13 | 2,482.97 |
| 06/27/16 | 107 | US DEPT OF EDUCATION | Dividend paid  11.55% of $7,881.54; Claim# 3; Filed: $7,881.54; Reference: 2975740577 | 7100-000 | | 911.01 | 1,571.96 |
| 06/27/16 | 108 | American InfoSource LP as agent for | Dividend paid  11.55% on $199.93; Claim# 4; Filed: $199.93; Reference: | 7100-000 | | 23.11 | 1,548.85 |
| 06/27/16 | 109 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,548.85 | 0.00 |
| | | | Dividend paid 100.00%    1,540.41<br>on $1,540.41;  Claim# ;<br>Filed: $1,540.41 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    8.44<br>on $8.44;  Claim# ; Filed:<br>$8.44 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,904.05 | 7,904.05 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **7,904.05** | **7,904.05** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,904.05** | **$7,904.05** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1766** | 7,904.05 | 7,904.05 | 0.00 |
| | **$7,904.05** | **$7,904.05** | **$0.00** |